**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DIANA MEY,**

**Plaintiff,**

**v.** **Civil Action No. 5:26-cv-163**

**STAY SAFE ALERT, INC.,**
**d/b/a SMART MED ALERT,**

**Defendant.**

**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

NOW COME plaintiff Diana Mey ("Plaintiff"), pro se, and defendant Stay Safe Alert, Inc. d/b/a Smart Med Alert ("Defendant"), by counsel, pursuant to Rule 6(b) of the *Federal Rules of Civil Procedure* and Local Rules 7.01 and 12.01 of the *Local Rules for the United States District Court for the Northern District of West Virginia*, and hereby stipulate that the time within which Defendant must answer, plead, move, or otherwise respond to Plaintiff's *Complaint* be enlarged to and including October 15, 2026. The parties further stipulate that nothing herein shall constitute a waiver of, or otherwise affect, any jurisdictional, procedural, substantive, or other defense available to Defendant, including any defense under Federal Rule of Civil Procedure 12(b).

Dated this 15th day of September 2026.

**DIANA MEY, Pro Se**

*/s/ Diana Mey*
Diana Mey
14 Applewood Drive
Wheeling, WV 26003
Diana_mey@comcast.net

**STAY SAFE ALERT, INC. d/b/a**
**SMART MED ALERT**

By Counsel,

/s/ *Bryan N. Price*
Bryan N. Price (WV Bar No. 8846)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
Phone: 304-345-0200
Facsimile: 304-345-0260
bprice@flahertylegal.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DIANA MEY,**

**Plaintiff,**

**v.** **Civil Action No. 5:26-cv-163**

**STAY SAFE ALERT, INC.,**
**d/b/a SMART MED ALERT,**

**Defendant**

## CERTIFICATE OF SERVICE

I, Bryan N. Price, hereby certify that on this 15th day of September, 2026, a true and correct copy of the "***STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING***" was served via U.S. Mail, first-class postage prepaid, upon the following pro se party:

Diana Mey
14 Applewood Drive
Wheeling, WV 26003

/s/ *Bryan N. Price*
Bryan N. Price (WV Bar No. 8846)
FLAHERTY SENSABAUGH BONASSO PLLC
200 Capitol Street
Charleston, WV 25301
Phone: 304-345-0200
Facsimile: 304-345-0260
bprice@flahertylegal.com