IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINI
WHEELING DIVISION

FILED

OCT 2 1 2026

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

DIANA MEY,

Plaintiff,

v. Civil Action No. 5:26-cv-163

STAY SAFE ALERT, INC.,
d/b/a SMART MED ALERT,

Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff files Notice of Voluntary Dismissal with Prejudice of Defendant Stay Safe Alert, Inc., d/b/a Smart Med Alert pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ ***Diana Mey***
*Diana Mey*
*14 Applewood Drive*
*Wheeling WV 26003*
*(304) 280-1607*
*diana_mey@comcast.net*

*Plaintiff Pro Se*

Dated: October 21, 2026